(CD.7-Rev. 9/92)

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA               :

  v.                                    : CASE NO. 3:10CR123 AWT

Curtis Alan Spicer                      :
———————————
Defendant

2010 JUN -9 P 5:05

U.S. DISTRICT COURT
HARTFORD, CT.

## RELEASE ON PERSONAL RECOGNIZANCE

IT IS ORDERED that the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the Court, Pretrial Services, defense counsel and the U. S. Attorney in writing of any change in address and telephone number.

(3) The defendant shall not leave the District of Connecticut without receiving prior permission from the Court.

(4) The defendant shall appear at all proceedings related to this case as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear (or as Notified) on: __August 27, 2010 at 10:00am, 450 Main Street, Hartford, CT__

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I agree to appear as directed and to surrender for service of any sentence imposed.

This bond is signed on __June 9, 2010__ at __Hartford, Connecticut__

Defendant: __Curtis A. Spicer__

Address: __6 Maynard Hill Rd__

  __Preston CT 06365__

Telephone: __860 889 4501__

Signed and acknowledged before me on __June 9, 2010__

__Sandra Smith__
————————————
Deputy Clerk

Approved: __/s/ Alvin W. Thompson, USDJ__
————————————
Judicial Officer